IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN THE MATTER OF:            )
                                    )      Chapter 13

JENNIFER THURMAN,         )      Case No. 19-22915
                                    )      Judge: BAER
Debtor(s).               )

## NOTICE OF MOTION

*To the following persons or entities who have been served via electronic mail:*
U.S. Bankruptcy Trustee: USTPRegion11.ES.ECF@usdoj.gov
Glenn Stearns, Chapter 13 Trustee: mcguckin_m@lisle.com

*To the following persons or entities who have been served via U.S. Mail:*
      See attached list.

PLEASE TAKE NOTICE that on October 23, 2020, at 9:30 am, I will appear before the Honorable
Judge Baer, or any judge sitting in that judge's place, and present the attached **Motion to Modify
Chapter 13 Plan**, a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government.** No
personal appearance in court is necessary or permitted. To appear and be heard on the motion, you
must do the following:

**To appear by video,** use this link: https://www.zoomgov.com/. Then enter the meeting ID and
password.

**To appear by telephone,** call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then
enter the meeting ID and password.

**Meeting ID and password.** The Meeting ID and password has not been posted yet by the Judge. It
will be found on the judge's page (https://www.ilnb.uscourts.gov/content/judge-janet-s-baer) on the
court's website at a later date.

**If you object to this motion** and want it called on the presentment date above, you must file a
Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is
timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely
filed, the Court may grant the motion in advance without a hearing.

                                      /s/ Christine H. Clar
                                      Christine H. Clar, ARDC #6202332
                                      Attorney for the Debtor(s)

## PROOF OF SERVICE

A copy of this Notice of Motion and attachments were deposited at the United States Post Office, Wheeling, Illinois, 60090, with sufficient postage prepaid, by Christine H. Clar, or served electronically by the bankruptcy court, under oath and under all penalties of perjury.

DATE OF SERVICE:  September 25, 2020          /s/ Christine H. Clar_____

Christine H. Clar, A.R.D.C. #6202332
Attorney for the Debtor(s)

Christine H. Clar
Attorney for the Debtor(s)
DAVID M. SIEGEL & ASSOCIATES, LLC
790 Chaddick Drive
Wheeling, IL  60090
847/520-8100
davidsiegelbk@gmail.com

*To the following persons or entities who have been served via U.S. Mail:*

Jennifer Thurman
1352 Oakmont Drive, Unit 203
Glendale Heights, IL  60139

Nissan Motor Acceptance
P.O. box 660366
Dallas, TX  75266

One Main
P.o. Box 3251
Evansville, IN  47731-3251

Illinois Tollway
P.o. Box 5544
Chicago, IL  60680

Capital One Bank
4515 N. Santa Fe Ave.
Oklahoma City, OK  73118

Check into Cash
Attn:  Collections/Bankruptcy
P.O. Box 550
Cleveland, TN  37364-0550

Capital One
c/o Becket & Lee
P.O. Box 3001
Malvern, PA  19355-0701

Quantum3 Group
Comenity Bank
P.O. box 788
Kirkland, WA  98083-0788

Citibank
5800 S. Corporate Place
Sioux Falls, SD  57108-5027

Portfolio Recovery
c/o Old Navy/Dicks Sporting Goods
P.O. Box 41067
Norfolk, VA  23541

Ally Bank
P.O. Box 130424
Roseville, MN  55113-0004

Jefferson Capital Systems
P.O. Box 7999
St. Cloud, MN  56302-9617

Department Stores National Bank
c/o Quantum3 Group
P.O. Box 657
Kirkland, WA  98083-0657

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN THE MATTER OF:                )
                                 )        Chapter 13
JENNIFER THURMAN,                )        Case No. 19-22915
                                 )        Judge:  BAER
            Debtor(s).           )

## DEBTORS' MOTION TO MODIFY
## CHAPTER 13 PLAN TO AMEND PLAN PAYMENT

NOW COMES, THE DEBTOR, JENNIFER THURMAN, by and through

her attorneys, DAVID M. SIEGEL AND ASSOCIATES, LLC, to present this Motion, and in

support thereof states as follows:

1)      Jurisdiction is proper and venue is fixed in this Court with respect to these

parties.

2)      On August 14, 2019, the Debtor filed a voluntary petition for relief pursuant to

Chapter 13 under Title 11 USC, and the Chapter 13 plan was confirmed on November 22, 2019.

That Glenn Stearns was appointed Trustee in this case.

3)      The Debtor's Modified Chapter 13 plan provides for payments of $150.00 monthly

for 13 months, than an increase to $466.00 for another 23 months, with an initial plan term of 36

months, with payments to the General Unsecured Creditors of 10% of their allowed claims.  Per the

claims that were filed, Debtor would complete her bankruptcy in 36 months.

4)      Debtor's plan payment is set to increase in October 2020.

5)      That Debtor's expenses increased with an unexpected car repair that required her to

take out an advance on her income from her employer.  This advance will not be repaid until late

2021.

6)      The Debtor proposes to modify the plan pursuant to 11 U.S.C. §1329 to amend

her plan payment so that §2.1 of the plan provides that Debtors will pay to the trustee $225.00 monthly for the balance of her plan, pursuant to the provisions of the plan, starting immediately. This will not cause the plan to extend passed 60 months. This proposal is made in good faith and without the intent to defraud creditors.

WHEREFORE, the Debtor, JENNIFER THURMAN, prays that this Honorable Court enter an Order to Modify the Chapter 13 Plan, and for other such relief as the Court deems fair and proper.

Respectfully Submitted,

/s/ Christine H. Clar
Christine H. Clar, A.R.D.C. #6202332
Attorney for the Debtor(s)

DAVID M. SIEGEL & ASSOCIATES, LLC
790 Chaddick Drive
Wheeling, IL  60090
847/520-8100
davidsiegelbk@gmail.com