# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

In Re:                    )    19-22915
                          )
   Jennifer Thurman,      )    Chapter 13
                          )
           Debtor(s).   )    Judge Janet S. Baer

## NOTICE OF AMENDED MOTION

TO:  See attached Service List

    PLEASE TAKE NOTICE that on November 5, 2021, at 9:30 am, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Janet S. Baer, or any other judge sitting in that judge's place, and present the Debtor's **Amended Motion to Modify Plan**, a copy of which is attached.

    **This motion will be presented and heard electronically using Zoom for Government.** No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

    **To appear by video**, use this link: https://www.zoomgov.com/join. Then enter the meeting ID and password.

    **To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

    **Meeting ID and passcode**. The meeting ID for this hearing is 160 731 2971 and the passcode is 587656. The meeting ID and passcode can also be found on the judge's page on the court's website.

    **If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

                                Jennifer Thurman, Debtor(s)

                                By:   /s/  John J. Ellmann

                                John J. Ellmann, Attorney for the Debtor(s)
                                DAVID M. SIEGEL & ASSOCIATES, LLC
                                790 Chaddick Drive, Wheeling, IL  60090
                                847/ 520-8100
                                davidsiegelbk@gmail.com

# CERTIFICATE OF SERVICE

      I, John Ellmann, Attorney for the Debtor(s), certify that I served a copy of this notice and the attached motion on each entity shown on the Service List at the address shown and by the method indicated on the list on October 21, 2021, at or before 5:00 pm.

                                    /s/ John J. Ellmann

# SERVICE LIST

*To the following persons or entities who were served electronically by the Bankruptcy Court:*

Glenn Stearns, Ch. 13 Trustee: mcguckin_m@lisle13.com

*To the following persons or entities who were served via regular U.S. Mail:*

Jennifer Thurman
1352 Oakmont Drive, Unit 203
Glendale Heights, IL 60139

Nissan Motor Acceptance
PO Box 660366
Dallas, TX 75266

OneMain
PO Box 3251
Evansville, IN 47731-3251

Illinois Tollway
PO Box 5544
Chicago, IL 60680

Capital One Bank (USA), N.A.
4515 N Santa Fe Ave
Oklahoma City, OK 73118

Check into Cash
Attn: Collections/Bankruptcy
P.O. Box 550
Cleveland, TN 37364-0550

Jefferson Capital Systems LLC
PO Box 7999
Saint Cloud MN 56302-9617

Capital One, N.A.
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

Quantum3 Group LLC as agent for
Comenity Bank
PO Box 788
Kirkland, WA 98083-0788

Citibank, N.A.
5800 S Corporate Pl
Sioux Falls, SD 57108-5027

Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk VA 23541

Ally Bank
P.O. Box 130424
Roseville, MN 55113-0004

Department Stores National Bank
c/o Quantum3 Group LLC
PO Box 657
Kirkland, WA 98083-0657

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | 19-22915 |
| | ) | |
| Jennifer Thurman, | ) | Chapter 13 |
| | ) | |
| Debtor(s). | ) | Judge Janet S. Baer |

## AMENDED MOTION TO MODIFY PLAN

NOW COMES the Debtor, by and through her attorneys, David M. Siegel & Associates, LLC, and in support of this Motion states as follows:

1. Jurisdiction is proper and venue is fixed in this Court with respect to these parties.

2. On August 14, 2019, the Debtor filed a voluntary petition for relief pursuant to Chapter 13 under Title 11 USC, Glenn Stearns was appointed trustee, and the plan was confirmed on November 22, 2019.

3. The confirmed plan provides in part 8.1 that the co-signer will make direct payments on the Ally Bank Claim (Claim #14) secured by a 2016 Chevrolet Malibu automobile. The vehicle was totaled in an accident so there is no longer collateral to secure the claim.

4. Now the Debtor wants to pay Claim #14 as an unsecured claim per part 5.1 of the chapter 13 plan.

5. Alternatively, the Debtor wants to surrender her interest in the collateral, which now has no value. Then the balance of Claim #14 will be unsecured.

6. Ally Bank can amend the claim to account for payments made by the co-signer, insurance proceeds received and to show the claim as an unsecured deficiency claim.

WHEREFORE the Debtor prays this Honorable Court enter an order modifying the plan and for other such relief as this Court deems just and proper.

Respectfully Submitted,

/s/ John J. Ellmann

John J. Ellmann A.R.D.C. #6257894
Attorney for the Debtors

DAVID M. SIEGEL & ASSOCIATES, LLC
790 Chaddick Drive
Wheeling, IL  60090
847/ 520-810